IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**VERTICAL BRIDGE DEVELOPMENT LLC**                                    **PLAINTIFF**

v.                          **Case No. 2:20-CV-00248-BSM**

**WEST MEMPHIS CITY COUNCIL,** *et al.*                                **DEFENDANTS**

## ORDER

Vertical Bridge Development's motion to dismiss [Doc. No. 3] is granted. Pursuant to Federal Rule of Civil Procedure 41(a), this case is dismissed without prejudice.

IT IS SO ORDERED, this 5th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE