**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**VERTICAL BRIDGE DEVELOPMENT LLC**                              **PLAINTIFF**

**v.**                              **Case No. 2:20-CV-00248-BSM**

**WEST MEMPHIS CITY COUNCIL, *et al.***                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 5th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE